# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| | ) | CR 06-246-TUC-DCB (CRP) |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| Loren Albert Goldtooth, Sr., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Government's Petition for Violation of Supervised Release.

Magistrate Judge Pyle conducted a hearing on March 20, 2012, and issued his Report and Recommendation on March 23, 2012. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Pyle's Report and Recommendation

/ / /

(Doc. 162) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED as follows:

1. Defendant is found in violation of Allegation A;

2. Allegations B, C and D are hereby dismissed; and

3. Defendant is found not to be in violation of Allegation E.

4. The Arrest Warrant issued by this Court on April 3, 2012 is hereby **quashed**.

5. The Superseding Petition for Warrant will be addressed at the Disposition Hearing scheduled for April 27, 2012 at 9:45 a.m.

DATED this 10th day of April, 2012.

David C. Bury
United States District Judge

cc: Beverly Anderson, AUSA
    John D. Kaufmann, Esq.
    Rebecca Wilcox, USPO
    USM (2 cert.)